IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
OCT 23 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| UNITED STATES OF AMERICA, | CR 19–102–BLG–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| SETH WILLIAM DANIEL, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Leave to File Exhibit D and Exhibit E under Seal. (Doc. 27.)

IT IS ORDERED that the motion (Doc. 27) is GRANTED. The documents lodged at Docket Numbers 28-1 and 28-2 shall be filed under seal.

DATED this 23rd day of October, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-1-