# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA


FILED
JAN 02 2020
Clerk, U.S District Court
District Of Montana
Missoula

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THE STATE OF MONTANA

vs.

**Seth William Daniel**

DOB: **1994**

SSN: **XXX-XX-6466**

No. CR 19-102-BLG-DLC

PETITION TO OPEN
JUVENILE/SEALED RECORDS

Whereas the above-name defendant entered a plea of GUILTY to *Prohibited Person in Possession of a Firearm* before U.S. Magistrate Judge Timothy J. Cavan and the plea was accepted by Chief U.S. District Court Judge Dana L. Christensen. Pre-Sentence Investigation Report into the Defendant's background has been ordered. The Petitioner requests all juvenile or sealed records pertaining to the Defendant, including Court documents, Law Enforcement, Juvenile Court Services, County Probation, County Welfare, Department of Institution records, medical and institutional treatment records and Department of Institutions records, be made available.

_____ U.S. Probation/Parole Officer

1/2/20 Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

The Court having considered the aforementioned petition; does hereby order the release of pertinent juvenile records, including sealed records, held by any Court, Law Enforcement, Juvenile Court Services, County Probation, County Welfare, medical and institutional treatment records, Department of Institutions records or agency of the Adult/Juvenile Probation and Parole Officer.

_____ Chief U.S. District Judge

Dated this 2nd day of January, 2020.