IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19–102–BLG–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| SETH WILLIAM DANIEL, | |
| Defendant. | |

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on December 12, 2019. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommended this Court accept Seth William Daniel's guilty

plea after Daniel appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to prohibited person in possession of firearms in violation of 18 U.S.C. § 922(g)(8) as charged in Count I of the Indictment.

I find no clear error in Judge Cavan's Findings and Recommendation (Doc. 43), and I adopt them in full.

Accordingly, IT IS ORDERED that Seth William Daniel's motion to change plea (Doc. 34) is GRANTED and Seth William Daniel is adjudged guilty as charged in Count I of the Indictment.

DATED this 3rd day of January, 2020.

Dana L. Christensen, Chief District Judge
United States District Court