IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SETH WILLIAM DANIEL,<br><br>Defendant. | CR 19–102–BLG–DLC<br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings. (Doc. 47.)

IT IS ORDERED that the motion (Doc. 47) is GRANTED. The forfeiture action in this case is DISMISSED with prejudice.

DATED this 17th day of January, 2020.

Dana L. Christensen, Chief Judge
United States District Court

-1-